# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Irvin Vasquez,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-cv-00297-FDW |
| | ) | 5:14-hc-02223 |
| vs. | ) | |
| | ) | |
| **George T. Solomon,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 6, 2015 Order.

April 6, 2015

_____
Frank G. Johns, Clerk
United States District Court